UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL DEPOSIT
INSURANCE CORPORATION,

      Plaintiff,                                Civil Action No. 11-CV-13442

vs.                                        HON. BERNARD A. FRIEDMAN

TIMOTHY J. CUTTLE,

      Defendant.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S OBJECTIONS TO MAGISTRATE JUDGE'S DISCOVERY ORDER

On January 16, 2013, this matter came before the Court on plaintiff's objections [docket entry 90] to Magistrate Judge Majzoub's November 30, 2012, discovery order. A hearing was held and oral argument heard. For the reasons stated on the record,

IT IS ORDERED that as to plaintiff's document request 3, plaintiff's objections are overruled and the magistrate judge's order is affirmed.

IT IS FURTHER ORDERED that as to plaintiff's document request 7, the parties are directed to meet and confer in an attempt to pare down the request to a reasonable, manageable size. If the parties are unable to agree as to this document request, they are to arrange for a telephone conference with the Court.

IT IS FURTHER ORDERED that if the parties can agree on a new discovery cutoff date, they are to inform the Court's case manager and obtain from her new final pretrial and trial

dates and then submit a stipulated order containing all of the new dates.  If the parties cannot agree

on a new discovery cutoff date, the Court will conduct a telephone conference on March 6, 2013,

at 2:00 p.m., which plaintiff will arrange.


Dated: January 18, 2013                         s/ Bernard A. Friedman
                                                BERNARD A. FRIEDMAN
                                                SENIOR UNITED STATES DISTRICT JUDGE


I hereby certify that a copy of the foregoing document was sent to parties of record on January 18,
2013, electronically or by U.S. mail.


                                                s/ Michael Williams
                                                Relief Case Manager for the Honorable
                                                Bernard A. Friedman