UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER
OF MICHIGAN HERITAGE BANK,

    Plaintiff,

v.

TIMOTHY J. CUTTLE,
    Defendant.
_____/

Case No. 2:11-cv-13442-BAF-MKM

Hon. Bernard A. Friedman

| | |
|---|---|
| David A. Breuch (P45368)<br>Linda Watson (P45320)<br>Clark Hill PLC<br>Attorneys for Plaintiff<br>151 S. Old Woodward, Suite 200<br>Birmingham, MI 48009<br>(248) 988-5881<br>dbreuch@clarkhill.com<br>lwatson@clarkhill.com | Ronn S. Nadis (P35638)<br>Phillip J. Neuman (P35499)<br>Sarah Heisler Gidley (P53764)<br>Couzens, Lansky, Fealk, Ellis, Roeder & Lazar<br>Attorneys for Defendant<br>Country Club Office Centre<br>39395 West Twelve Mile Road, Suite 200<br>Farmington Hills, MI 48331<br>(248) 489-8600<br>Ronn.Nadis@Couzens.com<br>Phillip.Neuman@Couzens.com<br>Sarah.Gidley@Couzens.com |

_____/

### SUPPLEMENTAL SCHEDULING ORDER MODIFYING EXPERT AND LAY PERSON DEADLINES

    This matter comes before the Court upon stipulation of the Plaintiff, Federal Deposit Insurance Corporation, as Receiver for Michigan Heritage Bank ("FDIC-

R" or "Plaintiff"), and Defendant, Timothy J. Cuttle ("Cuttle) each appearing through legal counsel. The parties hereby stipulate and agree to modifying the existing Order Modifying Scheduling Order [#105] with the following supplemental dates:

IT IS HEREBY ORDERED that the deadline for filing Expert Witness Lists is July 31, 2013;

IT IS HEREBY FURTHER ORDERED that the lay person discovery deadline is October 31, 2013;

IT IS HEREBY FURTHER ORDERED that Expert Disclosures are due November 11, 2013;

IT IS HEREBY FURTHER ORDERED that Expert Depositions shall be taken no later than December 31, 2013;

IT IS HEREBY FURTHER ORDERED that Mediation/Settlement (ADR) Referral to the Wayne County Case Evaluation is extended to January 31, 2013;

IT IS HEREBY FURTHER ORDERED that any scheduling dates not specifically amended herein shall remain in effect.

ORDERED this 2nd. day of August, 2013.

                                            S/ Bernard A. Friedman_____
                                            Honorable Bernard A. Friedman
                                            Eastern District of Michigan