UNITED STATES DISTRICT COURT
IN THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FEDERAL DEPOSIT INSURANCE
CORPORATION AS RECEIVER OF
MICHIGAN HERITAGE BANK,

        Plaintiff,

vs.

TIMOTHY J. CUTTLE,

        Defendant.

CASE NO: 2:11-cv-13442-BAF-MKM

HON. Bernard A. Friedman
HON. Mona K. Majzoub

## STIPULATED ORDER OF DISMISSAL

This matter comes before the Court upon stipulation of the Plaintiff, Federal Deposit Insurance Corporation, as Receiver for Michigan Heritage Bank, and Defendant, Timothy J. Cuttle, and it appearing that the parties have settled the above-captioned matter, as evidenced by that certain Settlement Agreement dated August 13, 2014, and the Court being advised in all of the premises.

The parties hereby stipulate and agree to entry of the following:

IT IS HEREBY ORDERED THAT the above-captioned matter is DISMISSED with prejudice and without costs to any party.

**ORDERED** this 25th. day of August, 2014.    s/Bernard A. Friedman_____
                                                                                       Honorable Bernard A. Friedman

APPROVED AS TO FORM

NOTICE OF ENTRY WAIVED:

**CLARK HILL PLC**

/s/ David A. Breuch
By: DAVID A. BREUCH (P45368)
     LINDA WATSON (P45320)
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
(248) 988-5881
dbreuch@clarkhill.com
lwatston@clarkhill.com
*Attorneys for Plaintiff*

**COUZENS, LANSKY, FEALK, ELLIS,
ROEDER & LAZAR, P.C.**

/s/ Phillip J. Neuman
By: RONN S. NADIS (P35638)
     PHILLIP J. NEUMAN (P35499)
     SARAH HEISLER GIDLEY (P53764)
39395 W. Twelve Mile Rd., Suite 200
Farmington Hills, MI 48331
(248) 489-8600
Ronn.Nadis@couzens.com
Phillip.Neuman@couzens.com
Sarah.Gidley@couzens.com
*Attorneys for Defendant*